UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-130 DSF (FFM) | Date | October 15, 2014 |
|---|---|---|---|
| Title | ALICE BROWN v. COUNTY OF SAN BERNARDINO, SAN BERNARDINO COUNTY | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

    This Order is issued pursuant to FRCP 4(m), which requires that plaintiff serve the summons and complaint upon all defendants within 120 days after filing the complaint. The Court may dismiss the action prior to the 120 days, however, if plaintiff has not diligently prosecuted the action.

    It is the responsibility of plaintiff to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond.  If necessary, plaintiff must also pursue Rule 55 remedies promptly upon default of any defendant.  All stipulations affecting the progress of the case must be approved by the Court, Local Rule 7-1.

    The file in this case lacks the papers that would show it is being timely prosecuted, as reflected below.  Accordingly, the Court, on its own motion, hereby orders plaintiff to show cause in writing no later than October 29, 2014 why this action should not be dismissed as to all defendants for lack of prosecution.

    On January 23, 2014, this Court entered an order granting plaintiff's motion to substitute the estate of Jeremiah Mackey in place of Jeremiah Mackey.  However, as of this date plaintiff has failed to file a proof of service demonstrating that the estate has been served.  Moreover, although no defendant has yet filed an answer, plaintiff has not filed a request for entry of default of any defendant.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-130 DSF (FFM) | Date | October 15, 2014 |
|---|---|---|---|
| Title | ALICE BROWN v. COUNTY OF SAN BERNARDINO, SAN BERNARDINO COUNTY | | |

As an alternative to a written response by plaintiff, the Court will accept one of the following, if it is filed on or before the above date, as evidence that the matter is being prosecuted diligently.

- Proof of service of summons and complaint (applicable for the defendant who has not been served);
- Request for entry of default by plaintiff (applicable for the defendants who have been served but have not answered);
- Motion for default judgment.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff is due.

IT IS SO ORDERED.

|  | : |  |
|---|---|---|
| Initials of Preparer | JM |  |