UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE BROWN, | No. EDCV 13-130 DSF (FFM) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| COUNTY OF SAN BERNARDINO, SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT - BIG BEAR STATION, SAN BERNARDINO COUNTY DEPUTY SHERIFF M. MCCRACKEN, SERGEANT MASON, DETECTIVE MACKAY, | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Final Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

IT IS ORDERED that defendants' motion for summary judgment be granted in part and denied in part, as follows:

(1)     The motion is granted as to all claims against the County of San Bernardino; all such claims are dismissed with prejudice;

    (2)    The motion is granted as to all claims against the San Bernardino County Sheriff's Department-Big Bear Station; all such claims are dismissed with prejudice;

    (3)    The motion is granted as to all claims against Sergeant Mason; all such claims are dismissed with prejudice;

    (4)    The motion is granted as to all claims asserting violations of the plaintiff's Fourth Amendment rights against Deputy Sheriff M. McCracken and the Estate of Jeremiah MacKay; all such claims are dismissed with prejudice;

    (5)    The motion is granted as to plaintiff's Fourteenth Amendment due process claim based on his initial interview of plaintiff's son, J., at J.'s school against Deputy Sheriff M. McCracken; such claim is dismissed with prejudice;

    (6)    The motion is granted as to plaintiff's Fourteenth Amendment due process claim based on forwarding his report on his investigation to the DOJ against Deputy Sheriff M. McCracken; such claim is dismissed with prejudice;

    (7)    The motion is granted as to plaintiff's supervisory liability claims against the Estate of Jeremiah MacKay; all such claims are dismissed with prejudice;

    (8)    The motion is granted as to all of plaintiff's state law claims; all such claims are dismissed without prejudice; and

    (9)    The motion is denied in all other respects.

DATED: 4/5/16

DALE S. FISCHER
United States District Judge