FILED
CLERK, U.S. DISTRICT COURT

JUN 2 0 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Name: ALICE BROWN

Address: 751 2ND STREET #60

CRESCENT CITY, CA 95531

Phone: (707) 218-6181

Fax: _____

In Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ALICE BROWN,

|                          |                        |
| ------------------------ | ---------------------- |
|                          | CASE NUMBER:           |
|                          | ED CV 13-130 DSF       |

Plaintiff,

v.

COUNTY OF SAN BERNARDINO, et al.,

Defendant(s).

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS IN LIMINE

(Enter document title in the space provided above)

COMES NOW, ALICE BROWN, PLAINTIFF IN THE ABOVE-ENTITLED MATTER AND HEREBY OPPOSES DEFENDANTS' MOTION IN LIMINE NO. 5 TO EXCLUDE PLAINTIFF FROM INTRODUCING TESTIMONY AND OPINIONS OF ANY MEDICAL DOCTORS (DOCUMENT 172) FILED ON JUNE 11, 2019 AND DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE ANY EXPERT TESTIMONY AND PLAINTIFF TESTIMONY OF MEDICAL DIAGNOSES, INJURIES, CAUSATION OR TREATMENT (DOCUMENT 135) FILED ON DECEMBER 28, 2018 FOR THE FOLLOWING REASONS:

1) THIS COURT HAS PERMITTED THE DEFENDANTS AND THEIR COUNSEL BLAKNEY BOGGS TO INTRODUCE

CV-127 (09/09)                    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

FALSE EVIDENCE, FALSE WITNESSES, AND FALSE DECLARATIONS REGARDING THE BEHAVIOR AND ACTIONS OF THE PLAINTIFF ON THE DATE OF INJURY, JANUARY 24, 2011.

2) THIS COURT HAS CONTINUED TO DENY THE FACT THAT THE FALSE ALLEGATIONS OF PLAINTIFF "CHARGING" AT DEFENDANTS AND WITNESS AT THE PLAINTIFF'S SON'S SCHOOL IS A COMPLETE AND TOTAL FABRICATION.

3) THIS COURT HAD FAILED TO APPLY THE REASONABLE MAN TEST IN IT'S ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT WHEN IT MADE IT'S DECISION RELYING ON ABSURD FALSE ALLEGATIONS BY DEFENDANTS AND THEIR COUNSEL THAT PLAINTIFF WAS "CHARGING" AT THEM AND RUNNING UP AND DOWN THE HALL AT THE SCHOOL.

4) THIS COURT REFUSES TO ACKNOWLEDGE THE FACTS PRESENTED BY THE PLAINTIFF REGARDING PLAINTIFF'S INABILITY TO CONDUCT IN THE ABSURD ACTIVITIES OF RUNNING AND CHARGING AROUND THE SCHOOL DUE TO THE DISABILITIES AND SICKNESS OF THE PLAINTIFF. THE FACTS KNOWN TO THE COURT WERE THE PLAINTIFF WAS DISABLED BY SUPER MORBID OBESITY, WEIGHED 385 lbs, SUFFERED FROM CHRONIC PAIN DUE TO SUPER MORBID OBESITY, WAS SICK WITH CHRONIC BRONCHITIS FOR SEVERAL WEEKS BEFORE THE DATE OF INJURY, COULDN'T BREATHE VERY WELL, AND HAD AN ENLARGED HEART DUE TO THE PROLONGED IMPROPERLY TREATED SICKNESS, AND YET THE COURT RULED THAT IN THAT CONDITION THE PLAINTIFF WAS RUNNING AND CHARGING UP AND DOWN

2

CV-127 (09/09)                    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

HALL AND CHARGING WITNESS AND POLICE.

     5) THIS COURT HAS FAILED TO APPLY THE REASONABLE MAN TEST THAT ANY AND EVERY REASONABLE MAN, WOMAN, CHILD, AND INFANT WOULD HAVE TO DETERMINE IF THE ALLEGATIONS OF PLAINTIFF CHARGING AT POLICE AND WITNESS WERE TRUE OR UNTRUE. IF TRUE, WHY WASN'T THE PLAINTIFF SHOT DEAD? TASERED? BILLY CLUB? PEPPERED SPRAYED? TACKLED TO THE GROUND? ARRESTED? A REASONABLE MAN, WOMAN, CHILD, INFANT WOULD CONCLUDE THAT THE ALLEGATIONS WERE FALSE YET THIS COURT RULED IT WAS TRUE AND IT RELIED SOLEY ON THE FALSE EVIDENCE OF THE DEFENDANTS AND THEIR COUNSEL AND COMPLETELY DISREGARDED PLAINTIFF'S EVIDENCE.

     6) IN DEFENDANT MARK McCRACKEN'S POLICE REPORT, HE STATED THAT THE PLAINTIFF INFORMED HIM THAT SHE HAD BEEN SICK (FOR AWHILE). HIS POLICE REPORT IS AN EXHIBIT TO BE OFFERED BY THE DEFENDANTS AND THE PLAINTIFF TO THE JURY TO CONSIDER ALL THE FACTS, INCLUDING PLAINTIFF'S SICKNESS.

     7) GENERALLY, ALL RELEVANT EVIDENCE IS ADMISSIBLE. FED. R. EVID. RULE 401. "EVIDENCE IS RELEVANT IF (a) IT HAS ANY TENDENCY TO MAKE ANY FACT MORE OR LESS PROBABLE THAN IT WOULD BE WITHOUT THE EVIDENCE; AND (b) THE FACT IS OF CONSEQUENCE IN DETERMINING THE ACTION." FED. R. EVID., RULE 402

     8) PLAINTIFF'S EVIDENCE OF MEDICAL RECORD, DIAGNOSIS, TESTIMONY OF HER DOCTOR IS RELEVANT

1   IN THAT IT PROVES THAT PLAINTIFF'S SON WAS
2   REMOVED FROM HER CUSTODY WITHOUT CONSENT AND
3   WITHOUT EXIGENT CIRCUMSTANCES THAT VIOLATED HER
4   14th AMENDMENT RIGHTS OF DUE PROCESS BECAUSE IN
5   PLAINTIFF'S PHYSICAL CONDITION IT WAS IMPOSSIBLE TO
6   DO WHAT DEFENDANTS ALLEGED.
7       9) PLAINTIFF INTENDS ON PRESENTING HER MEDICAL
8   RECORD, TESTIMONY OF HER DOCTOR, AND ALL RELEVANT
9   EVIDENCE TO CHALLENGE THE DEFENDANTS FALSE
10  ALLEGATION OF "CHARGING" AT THEM. AND WITNESS,
11  AND TO PROVE MALICE IN THE REMOVAL OF HER SON
12  FROM HER. THE EVIDENCE PROVES THE PLAINTIFF DID
13  NOT BEHAVE THE WAY THE DEFENDANTS ALLEGE.
14  SHE WAS UNABLE TO RUN AND CHARGE AT 385lbs AND
15  SUFFERING FROM PROLONGED SICKNESS. AND ALSO
16  THAT SHE WAS NOT STUPID OR RETARDED THAT SHE
17  WOULD CHARGE AT TWO POLICE OFFICERS WHO HAD
18  GUNS, BULLETS, BILLY CLUBS, TASERS, MACE, AND HANDCUFFS.
19  PLAINTIFF'S MEDICAL RECORD IS NECESSARY TO REVEAL THE
20  TRUTH TO THE JURY TO PROVE HER CASE OF AN ACTUAL
21  CONSTITUTIONAL INJURY ABSENT EXIGENT CIRCUMSTANCES.
22      10) PLAINTIFF FILED HER COMPLAINT AGAINST DEFENDANTS
23  AS THE INJURED PARTY. MAGISTRATE JUDGE FREDERICK
24  MUMM RULED THAT THE DEFENDANTS WERE NOT IMMUNED
25  FROM SUIT BECAUSE A DIRTY HOUSE IS NOT EXIGENT
26  CIRCUMSTANCES. AFTER THAT DEFENDANTS CHANGED
27  THEIR DEFENSE FROM A DIRTY HOUSE FOR THE
28  EXIGENT CIRCUMSTANCE TO PLAINTIFF'S BAD

1    BEHAVIOR AT THE SCHOOL "CHARGING" AT THEM

2    LIKE A DAMN RHINOCEROS. DEFENDANTS USED

3    PLAINTIFF'S DISABILITY OF SUPER MORBID OBESITY

4    AND HER TALL HEIGHT TO MAKE AN UNTRUE

5    PICTURE OF HER AS AGGRESSIVE AND DANGEROUS.

6       11) THIS COURT WAS DUPED INTO BELIEVING

7    THE UNTRUE ACCOUNT OF "CHARGING" COPS

8    AND WITNESS AND OVERALL BAD BEHAVIOR OF THE

9    PLAINTIFF AND ALLIGNED ITSELF WITH THE

10    DEFENDANTS IN ITS ORDER DENYING PLAINTIFF'S

11    MOTION FOR SUMMARY JUDGEMENT, EVEN AFTER IT

12    ADOPTED MUMM'S RECCOMENDATIONS DENYING

13    THEM QUALIFIED IMMUNITY.

14       12) WHEN THIS COURT FLIP FLOPPED IN IT'S

15    OPINION OF THE TRUTH OF THIS CASE AND

16    ALLIGNED ITSELF WITH THE DEFENDANTS,

17    DEVELOPING A HOSTILE ATTITUDE TOWARD PLAINTIFF,

18    PLAINTIFF WAS FORCED INTO A DEFENSIVE

19    POSITION AND NO LONGER AS THE PLAINTIFF.

20    EVER SINCE THIS COURT'S RULING AGAINST THE

21    PLAINTIFF, PLAINTIFF HAS BEEN SUBJECTED TO

22    AN UNREASONABLE AND DISPROPORTIONATE

23    BURDEN OF DEFENDING HERSELF AGAINST THE

24    ABSURD ALLEGATIONS OF THE DEFENDANTS AND THEIR

25    COUNSEL BLACKNEY BOGGS. THE COURT HAS PUT THE

26    DEFENDANTS IN AN UNFAIR ADVANTAGE OVER THE

27    PLAINTIFF BY WRONGLY ADOPTING THE DEFENDANTS'

28    FALSE ALLEGATIONS AS THE TRUTH OF THIS CASE. IN

WHICH PLAINTIFF OBJECTS AND DOES NOT CONSENT.

13) IN CONCLUSION, DUE TO THE COURT'S ALLIANCE WITH THE DEFENDANTS AND ITS ADDITION TO FALSE EVIDENCE IN IT'S ORDERS, PLAINTIFF'S ONLY HOPE FOR JUSTICE AND IMPARTIALITY IS BEFORE AN UNBIASED AND IMPARTIAL JURY THAT CAN APPLY THE REASONABLE MAN TEST WHEN THE COURT WOULDN'T. PLAINTIFF NEEDS TO BE ALLOWED TO SUBMIT TRUE EVIDENCE TO THE JURY TO COMBAT THE FALSE EVIDENCE OF THE DEFENDANTS SO THAT THE JURY ISN'T DECEIVED LIKE THIS COURT WAS. PLAINTIFF'S MEDICAL RECORDS, DOCTOR TESTIMONY MUST BE ALLOWED AT THE TRIAL SO THAT PLAINTIFF RECEIVES EQUAL JUSTICE UNDER LAW. SO, PLAINTIFF PRAYS THE COURT TO PROTECT PLAINTIFF'S 1ST AMENDMENT RIGHTS OF REDRESS AND PREVENT THE DEFENDANTS FROM OBSTRUCTING JUSTICE BY BLOCKING PLAINTIFF'S RELEVANT EVIDENCE.

14) PLAINTIFF IS CURRENTLY IN THE PROCESS OF OBTAINING AN AUTHENTICATED COPY OF HER MEDICAL RECORDS TO OVERCOME DEFENDANTS' OBJECTION TO THE ADMISSION OF UNAUTHENTICATED MEDICAL RECORDS. SHE SHOULD HAVE IT IN HER POSSESSION BEFORE THE TRIAL DATE.

DATED: 6/18/19        Alice Brown
                      ALICE BROWN

ALICE BROWN _____ (Full Name)

751 2ND ST #60 _____ (Address Line 1)

CRESCENT CITY, CA 95531 (Address Line 2)

(707)218-6181 _____ (Phone Number)

PLAINTIFF _____ in Pro Per
(indicate Plaintiff or Defendant)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ALICE BROWN _____ ,  )   Case No.: EDCV 13-130 DSF
                            )
         Plaintiff,         )
                            )
    vs.                     )   **PROOF OF SERVICE BY MAIL**
                            )
COUNTY OF SAN BERNARDINO,   )
et al. _____        )
_____         )
_____         )
_____         )
_____ ,       )
         Defendant(s).      )
_____         )

I, ___ALICE BROWN_____ , declare as follows:
        (name of person serving documents)

My address is 751 2ND ST #60 CRESCENT CITY, CA 95531

DEL NORTE COUNTY _____ , which is located in the

county where the mailing described below took place.

1
2
On __JUNE 18, 2019__, I served the document(s) described as:
(date of mailing)

3  *PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS IN LIMINE*
(list the names of the documents you are mailing)

4
5
6
7
8
9
10
11

12  on all interested parties in this action by placing a true and correct copy thereof in
13  a sealed envelope, with first-class postage prepaid thereon, and deposited said
14  envelope in the United States mail at or in __CRESCENT CITY, CALIFORNIA__,
(city and state of mailing)
15  addressed to:

16  __BLAKNEY BOGGS__ (name)                    _____ (name)
17  __385 NORTH ARROWHEAD AVE__ (address)       _____ (address)
18  __4th FLOOR__ (address)                     _____ (address)
19  __SAN BERNARDINO, CA 92415__ (address)      _____ (address)

20
I declare under penalty of perjury that the foregoing is true and correct.
21

22  Executed on __JUNE 18, 2019__ at __CRESCENT CITY, CALIFORNIA__.
(date)                        (city and state of signing)
23
24  __Alice Brown__
(sign)
25  __ALICE BROWN__
(print name)
26
27
28

Pro Se Clinic Form

2
Proof of Service



USPS TRACKING NUMBER

EXPECTED DELIVERY DAY: 06/20/19

# PRIORITY
★ MAIL ★



DATE OF DELIVERY SPECIFIED*

USPS TRACKING™ INCLUDED*

$ INSURANCE INCLUDED *

PICKUP AVAILABLE

* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



RECEIVED
CLERK, U.S. DISTRICT COURT

JUN 20 2019

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

DSF

# PRIORITY
★ MAIL ★




UNITED STATES
POSTAL SERVICE ®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
ALICE BROWN
751 2ND ST #60
CRESCENT CITY, CA
95531

TO: OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
3470 12th STREET
ROOM 134
RIVERSIDE, CA
92501

Label 228, March 2016          FOR DOMESTIC AND INTERNATIONAL USE

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES
POSTAL SER