
# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE BROWN,<br>      Plaintiff,<br><br>      v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br>      Defendants. | EDCV 13-130 DSF (FFMx)<br><br>Order re Jury Instructions |

    Defense counsel is ordered to provide a Word version of the proposed jury instructions to the Court no later than June 22, 2019. The instructions should have page numbers, but the instructions themselves should not be numbered. Defendants' proposed instructions should be included. There should be no titles, sources, or authorities. Each instruction should state at the top: "Jury Instruction No. __." The instructions should be provided in the order in which they should be given. Only instructions to be given <u>after</u> the close of evidence should be provided.

    IT IS SO ORDERED.

Date: July 15, 2019

                                                        Dale S. Fischer<br>
                                                        United States District Judge