BLAKNEY A. BOGGS (CA State Bar No. 266895)
Deputy County Counsel
MICHELLE D. BLAKEMORE (CA State Bar No. 110474)
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, California 92415-0140
Telephone: (909) 387-5458
Facsimile: (909) 387-4069
E-Mail: Blakney.Boggs@cc.sbcounty.gov

Attorneys for Defendants, Marke McCracken; Estate of Jeremiah MacKay (erroneously sued as Detective MacKay)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE BROWN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>　　　　Defendants. | Case No. EDCV 13-00130 DSF (FFMx)<br><br>**DEFENDANTS' SUPPLEMENTAL DECLARATION OF BLAKNEY A. BOGGS, ESQ. IN SUPPORT OF DEFENDANTS' MIL #2**<br><br><u>Pretrial Conference</u><br><br>Date: July 8, 2019<br>Time: 3:00 p.m.<br>Ctrm: 7D<br><br><u>Trial</u><br>Trial: July 30, 2019<br>Time: 8:30 a.m.<br>Ctrm: 7D<br><br>Honorable District Court Judge:<br>Dale S. Fischer |

I, BLAKNEY A. BOGGS,

1. I am an attorney at law duly licensed to practice before all courts of the State of California and the United States District Court for the Central District of California. I am a Deputy County Counsel with the County of San Bernardino, attorney of record for Defendants Marke McCracken, and the Estate of Jeremiah MacKay.

2. I have personal knowledge of the facts stated in this Declaration. If called as a witness to testify, I could and would competently testify to the following facts under oath.

3. On July 8, 2019, this Court held the pretrial conference in the above-referenced matter. At that time, the Court indicated to plaintiff Alice Brown, that her designations of doctors as "Jane" or "John" was improper.

4. A discussion was held on the record as to the medical records that plaintiff intends to use as exhibits during trial and the issue with foundation.

5. The Court ordered plaintiff to provide the medical records to the Defendants. It was discussed that Defendants received the plaintiff's medical records, from plaintiff directly, well after discovery was ended, and that they were not authenticated with a declaration of custodian of records.

6. The Court ordered plaintiff to provide the names and identifying requirements of the doctor(s) she intended to call during trial.

7. In good faith, plaintiff and I met after the conference in the hallway, where she tried to indicate that any of the doctors listed on those records may be called. I explained that was improper and that she should have designated medical doctors when she filed her witness list. I indicated I would oppose any late designation. During the discussion she indicated that she was only going to call Dr. Michael Hartstein from Bear Valley Community Hospital, and showed me the record with his name on it. No other medical personnel was discussed. She said she would email me by Friday, July 12, 2019 with his information.

8. On July 12, 2019, eighteen days before trial, she emailed me with three names: Michael Hartstein, M.D. (retired medical doctor), address and phone number unknown; Joyce Kusuma, FNP (family nurse practitioner), work address: 42002 Fox Farm Road, Big Bear Lake, CA 92315, (909) 878-8000, and a Carole Lieberman, M.D., M.P.H. (310) 278-5433. The email indicated that her sister was trying to locate Dr. Hartstein's information, but if not she would have Carole Lieberman "to interpret my medical chart." See a true and correct copy of the email correspondence dated July 12, 2019, attached as Exhibit "1."

9. After reviewing plaintiff's medical records, it became apparent that Ms. Lieberman was not a treating physician. Through additional research I was able to determine that Ms. Lieberman is an alleged expert in the Los Angeles area and as such would be an improper and untimely expert designation eighteen days before trial, in violation of FRCP 26. Neither plaintiff nor her then counsel ever timely designated an expert during the proper time to do so.

10. It is my understanding and belief that Plaintiff has had these records since at least January 2019; therefore, there is no good cause to now attempt to designate any medical doctor which may be listed within those records. She never produced any medical records until May 2019, while we were preparing pretrial documents.

11. Designating medical doctors at this time, is prejudicial to the Defendants as it would require a delay in the trial in order to travel to Big Bear and take depositions of said medical personnel. Furthermore, any designation of experts is also prejudicial.

12. It is highly prejudicial at this late stage, particularly if it would delay the trial date. Defendants have witnesses that require out of town travel and this would place an additional burden on the Defendants.

///
///
///

3

**DEFENDANTS' SUPPLEMENTAL DECLARATION OF BLAKNEY A. BOGGS, ESQ. IN SUPPORT OF DEFENDANTS' MIL #2**

13.    As such, Defendants respectfully request this Court deny plaintiff's late attempt at designating any medical doctors or any expert.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 16, 2019, at San Bernardino, California.

*[signature]*

Blakney A. Boggs, Declarant

# PROOF OF SERVICE

I am employed in the County of San Bernardino, State of California. I am a citizen of the United States, employed in the County of San Bernardino, State of California, over the age of 18 years and not a party to nor interested in the within action. My business address is 385 North Arrowhead Avenue, Fourth Floor, San Bernardino, CA 92415-0140.

On July 16, 2019 I served the following documents (*specify*): **DEFENDANTS' SUPPLEMENTAL DECLARATION OF BLAKNEY A. BOGGS, ESQ. IN SUPPORT OF DEFENDANTS' MIL #2**

I served the documents on the persons below, as follows:

ALICE BROWN                              Pro Se
751 2ND ST UNIT 60                       (707) 218-6181
CRESCENT CITY CA 95531-4500

The documents were served by the following means:

**By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing July 16, 2019, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing envelopes for mailing. On the same day that an envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in San Bernardino, California, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Bernardino, California.

I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

DATED: July 16, 2019            /s/ *Sonja Bates*
                                SONJA BATES, Declarant

**DEFENDANTS' SUPPLEMENTAL DECLARATION OF BLAKNEY A. BOGGS, ESQ. IN SUPPORT OF DEFENDANTS' MIL #2**