# EXHIBIT 1

## Boggs, Blakney

| | |
|---|---|
| **From:** | Alice Brown <alicebrowninproper@gmail.com> |
| **Sent:** | Friday, July 12, 2019 4:44 PM |
| **To:** | Boggs, Blakney |
| **Cc:** | Bates, Sonja |
| **Subject:** | ALICE BROWN v COUNTY OF SAN BERNARDINO |

Blakney Boggs,
   In regards to my John & Jane Does, here they are:
1) Joyce Kusuma, FNP (family nurse practitioner)
   Work Address:
   42002 Fox Farm Road
   Big Bear Lake, CA 92315
   (909)878-8000
2) Carole Lieberman, M.D., M.P.H.
   (310)278-5433
3) Michael Hartstein, M.D. (retired medical doctor)
   Address & phone number unknown
   My sister is attempting to locate this witness at his home address and if she cannot locate him I will substitute Carole Lieberman to interpret my medical record to the jury. But, if Hartstein can be located, I will send you his contact information.