# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ALICE BROWN | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | ED CV 13-00130 DSF |
| v. | |
| COUNTY OF SAN BERNARDINO, et al. | **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |
| DEFENDANT(S). | |

    This action having been tried before the Court sitting with a jury, the Honorable <u>DALE S. FISCHER</u>, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

    IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Alice Brown

take nothing; that the action be dismissed on the merits; and that the defendant(s):

Estate of Jeremiah MacKay

Marke McCracken

recover of the plaintiff(s) its costs of action, taxed in the sum of _____.

                                        Clerk, U. S. District Court

Dated: 8/1/19

By Renee Fisher
      Deputy Clerk

At: Los Angeles, California

cc: Counsel of record